In the Matter of GABRIEL FIXLER et al., Respondents, v ROBERT P. WHALEN, as Commissioner of Health of the State of New York, et al., Appellants.—In a proceeding to compel appellants to issue an interim operating certificate to the individual petitioners authorizing them to operate the Ramapo General Hospital, the appeal (by permission) is from an order of the Supreme Court, Rockland County, dated December 15, 1975, which, inter alia, directed the issuance of such an interim operating certificate. Order affirmed, without costs or disbursements. Under all of the circumstances, the disposition made by Special Term accords with fairness, equity and justice. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

In the Matter of THOMAS GRAHAM, Petitioner, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated June 6, 1975, which, on petitioner's plea of guilty to certain specifications, suspended him from the Nassau County Police Department for 20 days without pay. Determination confirmed and petition dismissed on the merits, without costs or disbursements. The determination of the police commissioner was neither arbitrary nor capricious (see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, 34 NY2d 222). Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.